**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Anthony Leonard BOTTOM, Defendant-**
**Appellant.**

**No. 72–1928.**

United States Court of Appeals,
Ninth Circuit.

Sept. 13, 1972.

John J. Davids (argued), of Conklin,
Davids & Friedman, San Francisco, Cal.,
for defendant-appellant.

John G. Milano, Asst. U. S. Atty.
(argued), James L. Browning, Jr., U.
S. Atty., San Francisco, Cal., for plain-
tiff-appellee.

Before CHAMBERS and CHOY, Cir-
cuit Judges, and BYRNE,* District
Judge.

* Honorable William M. Byrne, Sr., United States District Judge, Central District of Cali-
fornia, sitting by designation.

PER CURIAM:

The judgment of conviction is af-
firmed.

We find there was no abuse of discre-
tion in failing to issue a writ to bring a
co-defendant before the court. An affi-
davit was filed on the date set for trial.
The affidavit was wholly conclusory.
Further, no excuse is given for the delay
in making the request. It is not sug-
gested that Bottom had just learned the
whereabouts of the co-defendant. Fur-
ther, the record would indicate that Bot-
tom had known of the whereabouts of
the other defendant.

The affidavit does not meet the test
of Greenwell v. United States, 115 U.S.
App.D.C. 108, 317 F.2d 108 (1963).